# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MENDOZA, individual<br><br>Plaintiff<br><br>vs.<br><br>THE REDWOODS, A COMMUNITY OF SENIORS, a California corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 3:14-CV-01629-lb<br><br>ASSIGNED FOR ALL PURPOSES TO: HONORABLE LAUREL BEELER<br><br>**[PROPOSED] ORDER GRANTING STIPULATIONS OF DISMISSAL OF PLAINTIFF ANA MENDOZA'S COMPLAINT WITH PREJUDICE**<br><br>Complaint Filed: March 6, 2014<br>Removed to Federal Court: April 9, 2014<br>Trial Date:        September 21, 2015 |

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff Ana Mendoza's claims asserted are dismissed with prejudice.

2. All dismissed parties to bear their own fees and costs.

DATED: November 13, 2014    By: /s/ LB

HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE.